IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12 CR 40084-JPG |
| | ) | |
| STEVEN WOODCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on a Motion to Authorize Clerk to Hold Funds Pending Sentencing (Doc. # 15). It appears to the Court that the Motion is reasonable and proper and should be approved. Therefore, the Court **GRANTS** the motion and **ORDERS** that the Clerk of the United States District Court is authorized to hold such funds tendered to it by, or on behalf of, Steven Woodcock, pending disposition of this matter.

The Clerk is further **DIRECTED** to apply any funds it may be holding at disposition of this matter consistent with the criminal monetary penalties that are imposed.

**IT IS SO ORDERED.**

**DATED:** October 5, 2012.

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**
