# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN WOODCOCK | JUDGMENT IN A CRIMINAL CASE<br>(for Revocation of Probation or Supervised Release)<br><br>Case Number: 12-CR-40084-JPG-1<br>USM Number: 09810-025<br><br>JUDITH A. KUENNEKE<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  <u>As alleged below</u>  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #2 | The offender failed to submit a monthly report forms within the first ten days of the month for the following months: May 2015; October 2015; November 2015; December 2015; January 2016; June 2016; September 2016; November 2016; December 2016; and January 2017. | 1/2017 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: 8147

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Bluford, IL

June 7, 2017
Date of Imposition of Judgment

Signature of Judge
J. Phil Gilbert, U.S. District Judge
Name and Title of Judge

Date Signed: 6-8-2017

AO 245D (SDIL Rev. 03/15) Judgment in a Criminal Case for Revocation

Judgment Page 2 of 3

DEFENDANT: Steven Woodcock
CASE NUMBER: 12-cr-40084-JPG-1

## ADDITIONAL COUNTS OF CONVICTION

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The offender failed to charge his location monitoring unit as directed by the probation officer on the following dates: June 17, 2015; June 18, 2015; June 23, 2015; June 24, 2015; July 15, 2015; July 16, 2015; July 20, 2015; July 23, 2015; July 24, 2015; July 30; 2015; July 31, 2015; August 1., 2015; August 2, 2015; August 11, 2015; August 12, 2015; August 16, 2015; and August 18, 2015. | 8/18/2015 |
| Special | The offender failed to make payments as directed during the following months: January 2015; February 2015; March 2015; April 2015; May 2015; June 2015; July 2015; August 2015; September 2015; October 2015; November 2015; December 2015; January 2016; August 2016; October 2016; December 2016; February 2017; March 2017; and April 2017. | 4/2017 |

DEFENDANT: Steven Woodcock
CASE NUMBER: 12-cr-40084-JPG-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **10 months with no Supervised Release**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be placed in the Marion, IL facility.
☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL